UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AD TECHNOLOGIES LLC<br><br>Plaintiffs<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY<br><br>Defendant. | Case No. CV-05-80265-MISC<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Stacy Russell, an active member in good standing of the State Bar of Texas, whose business address and telephone number is Dewey Ballantine LLP, 700 Louisiana, Suite 1900, Houston, Texas 77002-2725, Telephone (713) 445-1500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing AD Technologies LLC,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: DEC 0 1 2005 , 2005

UNITED STATES DISTRICT JUDGE